1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

8                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
9

10 | J & J Sports Productions, Inc.,        | CASE NO. 5:12-cv-05741-LHK
   |                                        |
11 |              Plaintiff,                | STIPULATION OF DISMISSAL OF
   |                                        | PLAINTIFF'S COMPLAINT AGAINST
12 |        vs.                             | DEFENDANTS MARISOL DENISE FAZ,
   |                                        | individually and d/b/a EL CENTENARIO
13 | Marisol Denise Faz,                    | RESTAURANT
14 |                                        |
   |              Defendant.                |
15

16

17         IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS,
18 INC. and Defendant MARISOL DENISE FAZ, individually and d/b/a EL CENTENARIO
19 RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against
20 MARISOL DENISE FAZ, individually and d/b/a EL CENTENARIO RESTAURANT, and subject to
21 the Court's jurisdiction to enforce the settlement agreement reached between the Parties.
22         IT IS FURTHER STIPULATED that provided no Party referenced above has filed a
23 motion to reopen this action by November 11, 2013, the dismissal shall be deemed to be **with**
24 **prejudice.**
25 ///
26 ///
27 ///
28

STIPULATION OF DISMISSAL
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above and below shall bear its own attorneys' fees and costs.

Dated: February 28, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 3/15/13

MARISOL DENISE FAZ
individually and d/b/a
EL CENTENARIO RESTAURANT

In light of this Stipulation of Dismissal, Plaintiff's Motion for Default Judgment, ECF No. 12, is hereby DENIED as moot. The Clerk shall close the file.

IT IS SO ORDERED:

_____          Dated: March 26, 2013
The Honorable Lucy H. Koh
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 28, 2013, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARISOL DENISE FAZ, individually and d/b/a EL CENTENARIO RESTAURANT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Marisol Denise Faz                                                (Defendant)
851 Lawrence Drive
Gilroy, CA 95020

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 28, 2013 at South Pasadena, California.

Dated: February 28, 2013                          _____
                                                   MARIA BAIRD

STIPULATION OF DISMISSAL
PAGE 3